U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.<br>V.<br>JORGE COLON, et al. | FILED: MAY 5, 2008<br>08CV2567                TG<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J&J SPORTS PRODUCTIONS, INC.

| |
|---|
| NAME (Type or print)<br>Zane D. Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Zane D. Smith |
| FIRM<br>Zane D. Smith & Associates, Ltd. |
| STREET ADDRESS<br>415 N. LaSalle Street - Suite 300 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06184814 | TELEPHONE NUMBER<br>312-245-0031 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐