UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| J&J Sports Productions, Inc. | ) | |
| | ) | |
| v. | ) | 08 CV 2567 |
| | ) | |
| Jorege L. Colon and | ) | |
| Colon Enterprises, Inc. . | ) | |

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

It appearing that the above-captioned case has been assigned to the calendar of Judge Bucklo in error; it is recommended that the assignment be vacated and the case be reassigned to the next available Judge by lot.

MICHAEL W. DOBBINS, CLERK

Dated: May 8, 2008

C. Mercado, Deputy Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the Clerk of the Court reassign the above-captioned case by lot to the next available Judge.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Dated: MAY 1 2 2008

Chief Judge James F. Holderman

Honorable Judge Bucklo, who is on sabbatical, was assigned to this case in error. The assignment is to be vacated and reassigned to the next available Judge by lot.

MAY 1 2 2008